UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

FILED
JUL 2 0 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNDISTRIBUTED BALANCE

TO: Clerk, U.S. Bankruptcy Court
Karen Ceriani, Finance Department
501 I Street, Suite 3-200
Sacramento CA 95814

FROM: Robert Hawkins, Chapter 7 Trustee

DATE: July 15, 2009

DEBTOR(S): WALKER, John Lee & Sharon A

CASE NO.: 07-11067-A-7

AMOUNT: $3,542.13

CAN #: Unclaimed Money; CAN X600

Transmitted herewith is a check in the above amount for deposit with the Court as an undistributed balance in the above named case. (Make check payable to "Clerk, U.S. Bankruptcy Court". Attach check to original plus two copies of this form.)

EXPLANATION OF SOURCES:

Creditor failed to negotiate check within 90 days

Creditor name: Pro-Com Investments Inc

ROBERT HAWKINS,
Trustee

Receipt No. 2-9-024430
CL-7.FM (7/1/89)